**HALPER SADEH LLP**
Zachary Halper, Esq.
186 Darwin Lane
North Brunswick, NJ 08902
Tel: (212) 763-0060
Fax: (646) 776-2600
Email: zhalper@halpersadeh.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MATTHEW HALLER,<br><br>   Plaintiff,<br><br>   v.<br><br>CANCER GENETICS, INC., GEOFFREY HARRIS, EDMUND CANNON, HOWARD MCLEOD, and FRANKLYN G. PRENDERGAST,<br><br>   Defendants. | Case No: 2:20-cv-16987-JMV-MF<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Matthew Haller hereby voluntarily dismisses the above-captioned action.

Defendants have not served an answer or a motion for summary judgment.

Dated: April 5, 2021                                             Respectfully submitted,

                                                                                 **HALPER SADEH LLP**

                                                                                 /s/ Zachary Halper
                                                                                 Zachary Halper, Esq.
                                                                                 186 Darwin Lane
                                                                                 North Brunswick, NJ 08902
                                                                                 Telephone: (212) 763-0060
                                                                                 Facsimile: (646) 776-2600
                                                                                 Email: zhalper@halpersadeh.com

                                                                                 *Counsel for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 5, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                          /s/ Zachary Halper
                                          Zachary Halper