**HALPER SADEH LLP**
Zachary Halper, Esq.
186 Darwin Lane
North Brunswick, NJ 08902
Tel: (212) 763-0060
Fax: (646) 776-2600
Email: zhalper@halpersadeh.com

*Counsel for Plaintiff*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATTHEW HALLER,<br><br>       Plaintiff,<br><br>    v.<br><br>CANCER GENETICS, INC.,<br>GEOFFREY HARRIS, EDMUND<br>CANNON, HOWARD MCLEOD, and<br>FRANKLYN G. PRENDERGAST,<br><br>       Defendants. | Case No: 2:20-cv-16987-JMV-MF<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Matthew Haller hereby voluntarily dismisses the above-captioned action.

Defendants have not served an answer or a motion for summary judgment.

Dated: April 5, 2021                                        Respectfully submitted,

                                                                              **HALPER SADEH LLP**

                                                                              /s/ Zachary Halper
                                                                              Zachary Halper, Esq.
                                                                              186 Darwin Lane
                                                                              North Brunswick, NJ 08902
                                                                              Telephone: (212) 763-0060
                                                                              Facsimile: (646) 776-2600
                                                                              Email: zhalper@halpersadeh.com

                                                                              *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on April 5, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                             /s/ Zachary Halper
                                             Zachary Halper

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 4/5/21